

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

August 2, 2024

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    **Competello v. Beauty Leaf Incorporated *d/b/a* Nikua Skin**
            **Case No. 24-cv-04970-JLR**

Dear Judge Rochon:

      We represent Plaintiff Susan Competello ("Plaintiff") in the above-referenced ADA matter against Defendant, Beauty Leaf Incorporated ("Defendant"), (collectively the "Parties"). We submit this letter in accordance with this Court's Order issued on July 30, 2024 (ECF, Doc. 7).

      As this Court noted, Plaintiff successfully served Defendant with the Summons and Complaint in this matter on July 5, 2024 (making the deadline to respond July 26, 2024) and filed the requisite Affidavit of Service on July 15. Thereafter, CEO Daniel Shafer of Defendant reached out via email to our firm and requested an additional two weeks to file their answer, as they needed additional time to obtain counsel, which we agreed to, making their deadline to respond August 9, 2024.

Accordingly, regarding next steps in this matter, Plaintiff proposes that Defendant be permitted to file their Answer by August 9, and if they fail to do so, Plaintiff will promptly move for issuance of Default. We are appreciative of the Court's consideration in this matter. Thank you.

**JOSEPH & NORINSBERG, LLC**

Sincerely,

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
New York, N.Y. 10022
Tel. No. (212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

Defendant's deadline to respond to the complaint is extended to August 9, 2024 *nunc pro tunc*.

Dated:   August 5, 2024           **SO ORDERED.**
         New York, New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**