UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN COMPETELLO,<br><br>                              Plaintiff,<br><br>         -against-<br><br>BEAUTY LEAF INCORPORATED,<br><br>                              Defendant. | Case No. 1:24-cv-04970 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On July 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant was served in this action on July 5, 2024. Dkt. 6. Accordingly, Defendant's response to the complaint was due July 26, 2024. That deadline passed, and Defendant failed to answer the complaint or otherwise appear in this action, so on July 30, 2024, the Court ordered Plaintiff to file a letter with proposed next steps in this action. Dkt. 7.

On August 5, 2024, Plaintiff filed a letter indicating that Defendant had requested additional time to obtain counsel and answer the complaint. Dkt. 8. The Court then extended Defendant's deadline to respond to the complaint until August 9, 2024 *nunc pro tunc*. Dkt. 9. That deadline has also now passed, and Defendant has still failed to answer the complaint or otherwise appear in this action.

Additionally, on July 8, 2024, the Court ordered the parties to file a joint letter within 45-days of service of the summons and complaint. Because Defendant was served in this action on July 5, 2024, that deadline passed on August 19, 2024, but the parties failed to file their joint letter.

1

Plaintiff is ordered to file a letter with proposed next steps in this action by September 4, 2024. Plaintiff is also ordered to serve a copy of this order on Defendant no later than September 4, 2024, and file proof of service of no later than September 6, 2024.

Dated: August 28, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge