UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
SUSAN COMPETELLO, on behalf of herself and                    Case No.1:24-cv-04970-JLR
all others similarly situated,

                Plaintiff,

      v.

BEAUTY LEAF, INC.,

                Defendant.
-------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

I, Nathaniel N. Peckham, Esq. hereby certify that the Letter to Court regarding Next Steps filed with this Court on Wednesday, September 4, 2024, was served via email upon the following persons on September 4, 2024:

Kerry Brennan, Esq.
BRENNAN LAW FIRM PLLC
116 West 23rd Street, 5th Floor
New York, NY 10011
Tel. (212) 729-1980
Kerry.brennan@brennanlawpllc.com

*Attorneys for Defendant*

**DATED:**     9/5/2024

_____

Nathaniel N. Peckham, Esq.